**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PERRY F. COMO
    SUSAN A. COMO
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:10-28120 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/16/2010 and confirmed on 01/25/2011. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 149,346.10 |
| Less Refunds to Debtor | 2,191.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 147,154.93 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 4,911.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,411.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX0042 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BUI | 16,981.23 | 16,981.23 | 6,113.29 | 23,094.52 |
|     Acct: XXXXXXXX5-09 | | | | |
|   CAPITAL ONE AUTO FINANCE | 2,700.77 | 2,700.77 | 532.20 | 3,232.97 |
|     Acct: XXXXXXX1397 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 14,500.00 | 14,500.00 | 3,421.39 | 17,921.39 |
|     Acct: XXXXX9487 | | | | |
|   PNC BANK NA | 8,980.00 | 8,980.00 | 1,678.86 | 10,658.86 |
|     Acct: XXX2807 | | | | |
|   CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2400 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 75,793.00 | 0.00 | 75,793.00 |
|     Acct: XXXXXXXXXX2/10 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX1/10 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2807 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 130,700.74 |
| **Priority** | | | | | |
| | FRANCIS E CORBETT ESQ | 2,626.00 | 2,626.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PERRY F. COMO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PERRY F. COMO | 1,678.25 | 1,678.25 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PERRY F. COMO | 512.92 | 512.92 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO & CORBETT PC | 1,874.00 | 1,874.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRANCIS E CORBETT ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO & CORBETT PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| **Unsecured** | | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 3,625.45 | 618.72 | 0.00 | 618.72 |
| | Acct: 8318 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2782 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4229 | | | | |
| | EAST BAY FUNDING | 1,549.93 | 264.51 | 0.00 | 264.51 |
| | Acct: 8070 | | | | |
| | FORD MOTOR CREDIT CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | ECAST SETTLEMENT CORP | 5,789.08 | 987.96 | 0.00 | 987.96 |
| | Acct: 9899 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 5,699.91 | 972.74 | 0.00 | 972.74 |
| | Acct: 6251 | | | | |
| | NATIONAL CITY BANK NOW PART OF PNC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1276 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 11,806.97 | 2,014.99 | 0.00 | 2,014.99 |
| | Acct: 341A | | | | |
| | TRC STAFFING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7570 | | | | |
| | WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 1,408.57 | 240.39 | 0.00 | 240.39 |
| | Acct: 4586 | | | | |
| | PNC BANK NA | 3,020.31 | 515.45 | 0.00 | 515.45 |
| | Acct: XXX2807 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 8,366.07 | 1,427.76 | 0.00 | 1,427.76 |
| | Acct: XXXXX9487 | | | | |
| | CAPITAL ONE AUTO FIN/SVCR ONYX** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HILARY B BONIAL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,042.52 |

TOTAL PAID TO CREDITORS                                                                                              137,743.26

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 43,162.00 |
| UNSECURED | 41.266.29 |

Date: 12/07/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com